1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL BURNHART,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CHIEF WRZENSKI,<br><br>　　　　　　Respondent. | Case No.  C07-5326RBL-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1 and #3) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

　　　The Clerk is directed to mail a copy of this Order to petitioner.

　　　DATED this 29th day of August, 2007.

*/s/ Karen L. Strombom*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1