UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. BURNHART,

    Petitioner,

v.

CHIEF WRZENSKI,

    Respondent.

Case No. C07-5326RBL-KLS

ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME

    This matter is before the Court on petitioner's response (Dkt. #10) to the Court's order to show cause (Dkt. #9) concerning his petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Dkt. #6). The Court, having reviewed petitioner's response and the balance of the record, hereby finds and orders as follows:

    In its order to show cause, the Court found petitioner's petition contained one or more unexhausted grounds for federal *habeas corpus* relief. The Court ordered petitioner to file by no later than September 30, 2007, an amended petition presenting only those claims that have been fully exhausted, or a response informing the Court that he intends to return to state court to exhaust the remaining unexhausted claims, or show cause why his petition should not be dismissed for failure to exhaust.

    On September 11, 2007, petitioner filed a response to the Court's order to show cause, attempting

ORDER
Page - 1

to explain the issues surrounding his unexhausted claims, and requesting that he be given an extension of time until December 20, 2007, to file an amended petition should the Court still desire that he file one. The Court finds petitioner's explanation insufficient.  As stated in the order to show cause, petitioner was required to file an amended complaint, inform the Court that he intended to return to state court to exhaust the remaining unexhausted claims, or show cause why this matter should not be dismissed for failure to exhaust.  He failed to do so.

The Court, however, hereby grants petitioner's request for an extension of time to respond to the order to show cause in the manner set forth therein.  Accordingly, petitioner shall have until **no later than December 20, 2007**, in which to do so.  Petitioner is warned though that no further requests for extension of time to so respond hereinafter shall be granted without a showing of good cause.

The Clerk shall send a copy of this order to petitioner and counsel for respondent, if any.

DATED this 1st day of November, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2