UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A. BURNHART,<br><br>              Petitioner,<br><br>     v.<br><br>CHIEF WRZENSKI,<br><br>              Respondent. | Case No. C07-5326RBL-KLS<br><br>ORDER DISMISSING PETITION |

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) the Court adopts the Report and Recommendation;

(2) petitioner's federal habeas petition is DISMISSED without prejudice; and

(3) the Clerk is directed to send copies of this Order to petitioner and to Magistrate Judge Karen L. Strombom.

DATED this 1st day of August, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE