AO 450 (Rev. 5/85) Judgment in a Civil Case ☺

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL A. BURNHART

      v.

CHIEF WRZENSKI

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5326RBL/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation; and

2. petitioner's federal habeas petition is DISMISSED without prejudice.


| August 4, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

| | *s/CM Gonzalez* |
|---|---|
| | Deputy Clerk |